IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENNETH PALENZUELA,

Defendant.

4:25CR3082

ORDER

A telephone conference was held today at which the parties agreed to modify Defendant's conditions of release for purposes of changing his treatment facility. Neither the parties nor pretrial services opposed allowing Defendant moving to Seekers of Serenity. Upon careful consideration, the Court modifies Defendant's conditions as set forth below:

IT IS ORDERED:

1)    Defendant's unopposed oral motion for modification of pretrial release is granted.

2)    Condition (k) shall be modified as follows:

(k)    Reside at Seekers of Serenity in Columbus, NE at all times and comply with all the rules of such facility.  In the event that the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court to review the conditions of release.

3)    All other conditions set forth in the Order Setting Conditions of Release (Filing No. 125) remain in effect.

4)    Defendant shall arrive at Seekers of Serenity on June 15, 2026 and will be transported by Ashlanya Dimmitt. He shall remain at Revive, Inc. until he is transported to Seekers of Serenity on June 15, 2026.

Dated this 11th day of June, 2026.

BY THE COURT:

_s/ Jacqueline M. DeLuca_
United States Magistrate Judge